

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00353-CV

**IN THE INTEREST OF T.H.C.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-19681
Honorable Cynthia Marie Chapa, Judge Presiding

Opinion by:  Patricia O. Alvarez, Justice

Sitting:  Sandee Bryan Marion, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed: January 15, 2020

DISMISSED

Appellant Claudia Lopez filed a motion to dismiss this appeal. To date, Appellee has not filed any response to oppose the motion. Appellant's motion to dismiss this appeal is granted; this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f); *Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.) (en banc) (per curiam).

Patricia O. Alvarez, Justice